

Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669

+1 415 773 5700
orrick.com

May 16, 2019

**VIA CM/ECF**

Clement Seth Roberts

E  croberts@orrick.com
D  +1 415 773 5484
F  +1 415 773 5759

Hon. Jon S. Tigar
U.S. District Judge
Northern District of California
Courtroom 9, 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *RingCentral, Inc. v. Dialpad, Inc., No. 18-cv-05242-JST*

To the Honorable Jon S. Tigar:

Plaintiff RingCentral, Inc. ("RingCentral") hereby requests oral argument on Defendant Dialpad, Inc.'s ("Dialpad") motion to dismiss the second amended complaint. ECF No. 47. RingCentral's argument will be presented by a lawyer who has been licensed to practice law for five or fewer years: Abigail Colella.  Ms. Colella became licensed in March 2017 and has not previously presented argument before this Court.

Pursuant to the Court's May 14, 2019 order, ECF No. 51, RingCentral has conferred with Dialpad regarding dates available on the Court's calendar on which the argument could potentially be scheduled. The parties are available on June 13 and June 20.

The parties have also agreed that the Case Management Conference, currently set for June 5, 2019, should be postponed until after the Court's decision on Dialpad's pending motion to dismiss.  The parties hereby ask the Court to vacate the June 5, 2019 Case Management Conference and re-set it, if necessary, to a date of the Court's convenience on or after July 10, 2019.

Respectfully,

*/s/ Clement Seth Roberts*

Clement Seth Roberts

cc:   All Counsel of Record (via CM/ECF)